# EXHIBIT 3

KEEPING THE TRADITION OF SHARING LOCAL HISTORY AND LORE THROUGH GHOST STORIES ALIVE!



# USA GHOST
## ADVENTURES



THE ONLY SOURCE FOR LOCALLY OWNED US GHOST ADVENTURES, TOURS, AND CRAWLS!

**FIND A TOUR**

# LOCALLY OWNED & OPERATED GHOST TOUR COMPANIES!

**SHOP LOCAL!** Don't be tricked by the ***large national chains*** who pretend to offer the local tour experience you're seeking. Our guests all deserve a locally-owned and operated tour, lead by local guides, with local knowledge like only we can all offer!

## FIND A LOCAL GHOST TOUR...CLICK HERE!

THIS WEBSITE USES COOKIES.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

**ACCEPT**

Case 6:25-cv-00048-NKM     Document 1-3     Filed 06/18/25     Page 3 of 19     Pageid#: 57

CONTACT

WHY GO LOCAL?

KEEPING THE TRADITION OF SHARING LOCAL HISTORY AND LORE THROUGH GHOST STORIES ALIVE!





# EXPLORE SOME OF BEST US GHOST ADVENTURES LIKE A LOCAL:

## ALBUQUERQUE, NM

*History and Ghost Tours of Old Town*

## ALEXANDRIA, VA

*Alexandria Colonial Tours*

## ANNAPOLIS, MD

- *Annapolis Ghost Tours*
- *Haunted Annapolis Pub Crawls*

## ASHEVILLE, NC

*Haunted Asheville*

## ATLANTA, GA

*Historic Ghost Watch and Investigation*

THIS WEBSITE USES COOKIES.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

# BALTIMORE AREA, MD

- *[Baltimore Ghost Tours](#)*
- *[Ellicott City Ghost Tours](#)*
- *[Havre de Grace Haunts](#)*

# BIRMINGHAM, AL

*[The Birmingham Historic Touring Co](#).*

# BRADENTON, FL

*[Bradenton Ghost Tours](#)*

# CANTON, OH

*[Black Cat Tales & Tours](#)*

# CHARLESTON, SC

*[Ghost Tour Charleston](#)*

# CHARLES TOWN, WV

*[Charles Town Ghost Tours](#)*

# CHATTANOOGA, TN

THIS WEBSITE USES COOKIES.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

# CINCINNATI, OH

# CLEVELAND, OH

# CORVALLIS, OR

*Corvallis Walking Ghost Tours*

# DAHLONEGA, GA

*Dahlonega Walking Tours*

# DALLAS, TX

# DEADWOOD, SD

# DENVER, CO

*Denver Walking Tours: Ghosts of Capitol Hill*

# DETROIT, MI

# EASTERN SHORE, MD

*Chesapeake Ghost Tours*

THIS WEBSITE USES COOKIES.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

# FALL RIVER, MA

[Miss Lizzie's Coffee](#)

Not a ghost tour; under attack by a national ghost tour company!

# FLAGSTAFF, AZ

# FORT LAUDERDALE, FL

# FORT PIERCE, FL

# FORT WORTH, TX

# GALVESTON, TX

*Spooky Galveston Ghost Tours*

# GATLINBURG, TN

# GETTYSBURG, PA

*Gettysburg Ghost Tours*

# GRAND JUNCTION, CO

*Whispers from the Past Tours*

## THIS WEBSITE USES COOKIES.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

**ACCEPT**

*Mysteries of Hawaii Ghost Tours*

# HOUSTON, TX

*Houston Ghost Tour*

# INDIANAPOLIS, IN

*Historic Indiana Ghost Walks & Tours*

# JACKSONVILLE, FL

*Jacksonville Spirits & Spirits Ghost Hunt*

# KANSAS CITY, MO

*Haunted & Historic Spaces Tour*

# KEY WEST, FL

*Key West Ghost & Mysteries Tour*

# KNOXVILLE, TN

*Haunted Knoxville Ghost Tours*

# LAS VEGAS, NV

*Las Vegas Ghosts*

THIS WEBSITE USES COOKIES.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

## LOUISVILLE, KY

*Louisville Ghost Tours*

## LYNCHBURG, VA

*Lynchburg Ghost Tours*

## MARIETTA, GA

*Hidden Marietta Tour Co.*

## MADISON, WI

## MCDONOUGH, GA

*Haunted McDonough*

## MEMPHIS, TN

*Historical Haunts*

## MOBILE, AL

*Original Ghost Tour of Mobile*

## MONTEREY, CA

THIS WEBSITE USES COOKIES.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of
cookies, your data will be aggregated with all other user data.

**ACCEPT**

# NEW ALBANY, NY

*New Albany Wicked Walk*

# NEW HARMONY, IN

*Haunted New Harmony Ghost Walks*

# NEW ORLEANS, LA

*Haunted History Tours of New Orleans*

# NEW YORK, NY

- *Haunted & Historic Spaces Tour*
- *Haunted Manhattan*

# NEWPORT, RI

# ORANGE COUNTY, CA

*OC Ghosts & Legends*

# PASADENA, CA

# ORLANDO, FL

THIS WEBSITE USES COOKIES.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

# ORANGE COUNTY, CA

# PENSACOLA, FL

# PHILADELPHIA, PA

# PHOENIX, AZ

*Spirit of Arizona Ghost Tours & Crawls*

# PITTSBURGH, PA

# PLATTSBURGH, NY

*Greater Adirondack Ghost Tours*

# PORTLAND, OR

*Slabtown Tours: A Night with Ghosts*

# PORTSMOUTH, NH

*New England Curiosities*

# PROVIDENCE, RI

THIS WEBSITE USES COOKIES.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

**ACCEPT**

## RICHMOND, VA

*Haunts of Richmond*

## SACRAMENTO, CA

## SALEM, MA

## SANFORD, FL

*Sanford Ghost Tours*

## SAN DIEGO, CA

## SAN FRANCISCO, CA

## SAN JOSE, CA

## SAN JUAN, PR

## SANTA CRUZ, CA

## SANTA MONICA, CA

THIS WEBSITE USES COOKIES.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

# SEATTLE, WA

# ST PAUL, MN

# ST PETERSBURG, FL

*Silent Slayer Tours*

# SAN ANTONIO, TX

# ST. AUGUSTINE, FL

- *A Night Among Ghosts*
- *Ghost Augustine*

# ST. LOUIS, MO

# STUART, FL

# TAMPA, FL

- *Tampa Bay Haunted Tours*
- *The Official Ybor City Ghost Tour*

# TOMBSTONE, AZ

THIS WEBSITE USES COOKIES.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

_Mysteries of Hawaii Ghost Tours_

# WASHINGTON, DC

_National Nightmares Ghost Tours_

# WILLIAMSBURG, VA

_The Original Ghost Tour of Williamsburg_

# WILMINGTON, NC

Copyright © 2024 USA Ghost Adventures - All Rights Reserved.

Powered by GoDaddy

HOME

FIND A TOUR

CONTACT

WHY GO LOCAL?



USA GHOST
ADVENTURES

HOME   FIND A TOUR   LOCATIONS   CONTACT   WHY GO LOCAL?

KEEPING THE TRADITION OF SHARING LOCAL HISTORY AND LORE THROUGH GHOST STORIES ALIVE!

THIS WEBSITE USES COOKIES.
We use cookies to analyze website traffic
and optimize your website experience. By
accepting our use of cookies, your data will
be aggregated with all other user data.

ACCEPT

# EXPLORE SOME OF BEST US GHOST ADVENTURES LIKE A LOCAL:

**ALBUQUERQUE, NM**

*History and Ghost Tours of Old Town*

**ALEXANDRIA, VA**

*Alexandria Colonial Tours*

**ANNAPOLIS, MD**

- *Annapolis Ghost Tours*
- *Haunted Annapolis Pub Crawls*

**ASHEVILLE, NC**

*Haunted Asheville*

**ATLANTA, GA**

*Historic Ghost Watch and Investigation*

**AUSTIN, TX**

*Austin Ghost Tours*

**BALTIMORE AREA, MD**



USA GHOST ADVENTURES

HOME    FIND A TOUR    LOCATIONS    CONTACT    WHY GO LOCAL?

**AUSTIN, TX**
Austin Ghost Tours

**BALTIMORE AREA, MD**
- Baltimore Ghost Tours
- Ellicott City Ghost Tours
- Havre de Grace Haunts

**BIRMINGHAM, AL**
The Birmingham Historic Touring Co.

**BRADENTON, FL**
Bradenton Ghost Tours

**CANTON, OH**

**CHARLESTON, SC**
Black Cat Tales & Tours

Ghost Tour Charleston

**CHARLES TOWN, WV**
Charles Town Ghost Tours

**CHATTANOOGA, TN**
Chattanooga Ghost Tours

THIS WEBSITE USES COOKIES.
We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT



USA GHOST
ADVENTURES

usaghostadventures.com/find-a-tour

EASTERN SHORE, MD

*Chesapeake Ghost Tours*

EL PASO, TX

*El Paso Ghost Tours*

FALL RIVER, MA

*Miss Lizzie's Coffee*
Not a ghost tour; under attack by a national ghost tour company!

FLAGSTAFF, AZ

FORT LAUDERDALE, FL

FORT PIERCE, FL

FORT WORTH, TX

GALVESTON, TX

*Spooky Galveston Ghost Tours*

GATLINBURG, TN

GETTYSBURG, PA

*Gettysburg Ghost Tours*



USA GHOST
ADVENTURES

ST. AUGUSTINE, FL
- A Spirit Among Ghost…
- Ghost of St John

ST. LOUIS, MO

STUART, FL

TAMPA, FL
- *Tampa Bay Haunted Tours*
- *The Official Ybor City Ghost Tour*

TOMBSTONE, AZ

VIRGINIA BEACH, VA

WAIKIKI, HI

*Mysteries of Hawaii Ghost Tours*

WASHINGTON, DC

*National Nightmares Ghost Tours*

WILLIAMSBURG, VA

*The Original Ghost Tour of Williamsburg*

WILMINGTON, NC

usaghostadventures.com/find-a-tour

KEEPING THE TRADITION OF SHARING LOCAL HISTORY AND LORE THROUGH GHOST STORIES ALIVE!

**USA GHOST ADVENTURES**

HOME    FIND A TOUR    LOCATIONS    **CONTACT**    WHY GO LOCAL?

## REQUEST A LISTING FOR YOUR GHOST TOUR COMPANY!

LOCALLY OWNED & OPERATED TOURS COMPANIES ONLY!

DON'T LET GUESTS BE FOOLED BY NATIONAL CHAINS PRETENDING TO BE YOU!

Guests deserve a locally owned ghost tour, lead by local guides!

USA GHOST ADVENTURES

Name*

Email*

Company Name, Location & Website*

SEND

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Copyright © 2024 USA Ghost Adventures - All Rights Reserved.

Powered by GoDaddy

HOME    FIND A TOUR    CONTACT    WHY GO LOCAL?

THIS WEBSITE USES COOKIES.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT