# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

| | | |
|---|---|---|
| US GHOST ADVENTURES, LLC, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| LANCE ZAAL, individually, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 6:25-cv-00048-NKM |
| | ) | |
| TOURS & CRAWLS, LLC, | ) | |
| | ) | |
| TOURS & CRAWLS, LLC d/b/a | ) | |
| ANNAPOLIS GHOST ADVENTURES, | ) | |
| | ) | |
| TOURS & CRAWLS, LLC d/b/a | ) | |
| ANNAPOLIS GHOST TOURS, | ) | |
| | ) | |
| TOURS & CRAWLS, LLC d/b/a | ) | |
| ANNAPOLIS GHOSTS, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MIKE CARTER, individually, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF LANCE ZAAL IN SUPPORT OF PLAINTIFFS' MEMORANDUM
IN OPPOSITION TO DEFENDANTS' RULE 12(b)(2) MOTION TO DISMISS**

I, Lance Zaal, declare, under penalty of perjury, that I am over the age of eighteen (18), of sound mind, and state that the following is true and correct to the best of my knowledge, information, and belief:

1.    I am the owner of US Ghost Adventures, LLC ("USGA").

2.    USGA is a Virginia limited liability company that offers a wide spectrum of year-round hospitality and touring services, along with related goods, including clothing, souvenirs, and merchandise.

1

3.      USGA has substantial business operations in Virginia, and operates year-round tours and pub crawls (along with sales of related goods and services) in thirteen cities across Virginia, namely: Alexandria, VA, Blacksburg, VA, Charlottesville, VA, Fredericksburg, VA, Hampton, VA, Lynchburg, VA, Norfolk, VA, Richmond, VA, Roanoke, VA, Staunton, VA, Virginia Beach, VA, Williamsburg, VA, and Yorktown, VA.

4.      The vast majority of USGA's bookings (i.e. ticket sales) for its Virginia tours and pub crawls are made through USGA's website, under its registered domain name USGHOSTADVENTURES.COM.

5.      The majority of USGA's website bookings for its Virginia operations are ordered more than a day or weeks in advance. More than a third of those bookings are made more than two days in advance. In this industry, out-of-town customers tend to book tours more than two days in advance.

6.      USGA also operates year-round tours (and sells related goods and services) in nearby locales, including Annapolis, Maryland, which is just 40 miles from its USGA tour operations in Alexandria, Virginia.

7.      The majority of USGA's bookings for its Maryland operations, including its Virginia-proximate Annapolis, Maryland operation, are made through its website, USGHOSTADVENTURES.COM. The majority of USGA's bookings for its Maryland operations are ordered more than a day in advance. Nearly half of USGA's bookings for its Maryland operations are ordered more than two days in advance, which indicates those bookings are typically out-of-town customers and include nearby Virginia residents.

2

8.    Tours & Crawls, LLC ("Tours & Crawls") operates competing tours and pub crawls in Annapolis, MD. Mike Carter ("Carter") is the owner and registered agent of Tours & Crawls. Carter and Tours & Crawls are collectively referred to herein as "Defendants."

9.    Like USGA, Tours & Crawls offers bookings directly on and through its website.

10.    USGA has hundreds of Virginia-based customers that book tours from Virginia for USGA's own Maryland locations using USGA's website. USGA generates substantial revenue from Virginia-based customers who book and travel to USGA's Maryland tours from Virginia.

11.    Based on my experience in the industry and with USGA's own Annapolis, MD operations, it is highly probable and reasonable to conclude that:  (1) a substantial portion of Tours & Crawls' customers are Virginia residents and located in nearby Virgina; (2) a substantial portion of Tours & Crawls' Virginia customers book tours from Virginia using Tours & Crawls' website; (3) Tours & Crawls generates substantial revenue from Virginia customers through its website; and (4) Tours & Crawls is likely aware that nearby Virginia customers are a substantial component of their customer and revenue base.  Defendants have offered no evidence to the contrary.

12.    USGA, through its Virginia affiliate, Colonial Ghosts, LLC, owns U.S. Service Mark Registration No. 6046260 for the word mark US GHOST ADVENTURES (the "Service Mark") which covers a variety of services, including conducting guided tours of historical sites. The Service Mark was issued on the Principal Register by the United States Patent and Trademark Office on May 5, 2020.

13.    Since at least September 2023, Defendants have engaged in a targeted campaign to, among other things, vilify, defame and disparage, competitively harm, and interfere with USGA, its business, employees, products, and services in Virginia.

3

14.    In furtherance of these goals, Carter, in his individual capacity and on behalf of all Defendants, created and registered, via GoDaddy.com, the confusingly similar and infringing domain name USAGHOSTADVENTURES.COM in March 2024 to establish a counterfeit version of USGA's website using the confusingly similar and infringing mark "USA Ghost Adventures."

15.    I, along with USGA affiliate, Colonial Ghosts LLC—which is headquartered in Richmond, Virginia and operates in Williamsburg, VA—filed a Complaint against Carter relating to the infringing domain name USAGHOSTADVENTURES.COM before the World Intellectual Property Organization ("WIPO") on June 26, 2024.  WIPO's Administrative Panel issued its decision in that matter on September 2, 2024, and a copy is attached to the Complaint in this action as Exhibit 2.

16.    The WIPO Administrative Panel found that Carter registered and used the infringing domain name "in bad faith," and Carter "who is himself a ghost tour operator and a writer and blogger familiar with the industry, was clearly aware of [USGA] and its mark and likely selected the disputed domain name [USAGHOSTADVENTURES.COM] in emulation of that mark." Ex. 2 at 5.

17.    The WIPO Administrative Panel also found, the infringing "website is more than merely informational: it **links directly to more than 60 commercial websites** of the Complainant's competitors, including the Respondent's **own website at 'www.toursandcrawls.com.'**" Compl. Ex. 2 at 5 (emphasis added).  And the Panel found that the website "fit[ ] the paradigm of **misleading Internet users for commercial gain** using a domain name that is confusingly similar to a trademark." Ex. 2, at 4 (emphasis added).

18.    Defendants' infringing website included active links to tours that compete against USGA's in Virginia, including competing tours in Alexandria, VA (hyperlinking to USGA

4

competitor Alexandria Colonial Tours, https://www.alexcolonialtours.com/), Lynchburg, VA (hyperlinking to USGA competitor Lynchburg Ghost Tours, https://www.lynchburgghosttours.com/), Richmond, Virginia (hyperlinking to USGA competitor Haunts of Richmond, https://www.hauntsofrichmond.com/), and Williamsburg, VA (hyperlinking to USGA competitor The Original Ghost Tour of Williamsburg, https://theghosttour.com/).

19.    Like USGA, these competing tours in Alexandria, Lynchburg, Richmond and Williamsburg, Virginia offer online booking and online sales of goods and services via their own websites.

20.    Defendants intentionally included hyperlinks to these active websites and sales platforms for USGA competitor tours in Alexandria, Lynchburg, Richmond and Williamsburg, Virginia on their infringing website USAGHOSTADVENTURES.COM, and excerpts of these active links and online sales platforms are included below:

| Alexandria Colonial Tours, https://www.alexcolonialtours.com/ | Lynchburg Ghost Tours, https://www.lynchburgghosttours.com/ |
|---|---|
|  | |

| Haunts of Richmond, https://www.hauntsofrichmond.com/ | The Original Ghost Tour of Williamsburg, https://theghosttour.com/ |
|---|---|
|  | |

21.     Thus, Defendants intentionally, and in bad faith, used a confusingly similar mark to USGA's Service Mark on its infringing website with the specific intent of, among other things: (1) targeting Virginia customers of USGA and Virginia residents, (2) diverting Virginia customers and residents from USGA's Virginia tours and pub crawls to competing Virginia tours and crawls, and (3) harming USGA's business and operations in Virginia.

22.     Even after the WIPO Panel found that USAGHOSTADVENTURES.COM was created with the intent to infringe USGA's Service Mark and mislead internet users for commercial gain, Defendants continued to specifically target Virginia customers and residents through their own website,[1] and local ghost tours page, WWW.ANNAPOLISGHOSTS.COM/LOCAL-GHOST-TOURS.

23.     Defendants continued (and to this day continue) to market the same USGA competitor tours and crawls in Virginia, to Virginia residents and customers in Alexandria, Lynchburg, Richmond and Williamsburg, VA.

---

[1] In April 2024, Tours & Crawls' website used the domain name TOURSANDCRAWLS.COM. In or around October 2024, its domain name was changed to ANNAPOLISGHOSTS.COM.

24. At the time this action was filed, Defendants' own webpage included the predominate "Ghost Adventures" component of USGA's Service Mark and included an active hyperlink to USGA's competitor, Alexandria Colonial Tours, https://www.alexcolonialtours.com/:



25. To this day, Defendants continue to use their own website to actively target Virginia customer and residents, to market USGA competitor tours in Alexandria, Lynchburg, Richmond and Williamsburg, VA, and direct Virginia customers and residents to USGA's competitor, Alexandria Colonial Tours, via hyperlink, https://www.alexcolonialtours.com/:



26. As set forth in the Complaint, Defendants have continued their targeted campaign to, among other things, vilify, defame and disparage, competitively harm, and interfere with

7

USGA, its business, owner (me), employees, products, and services *in Virginia* through countless false, defamatory, and deceptive claims and statements about me and USGA, and use false or misleading descriptions of fact in commercial marketing that misrepresents the nature, characteristics and quality of USGA's goods, services and commercial activities in online forums, online marketing channels, social media platforms, and direct communications with customers, prospective customers, business partners, and prospective business partners. Compl. at ¶ 39.

27.　These false, disparaging, and misleading statements about me, USGA and its goods, services and commercial activities were predominately published by Defendants on the same websites (USAGHOSTADVENTURES.COM and Defendants' own website) that Defendants used to specifically target Virginia customers and residents, as set forth above. These false, disparaging and misleading statements are set out in detail in the Complaint in this action.

28.　By way of example, on April 3, 2024, Defendants published a blog post on USAGHOSTADVENTURES.COM and on their own website that referred to national ghost tour companies, and specifically USGA, as "predatory," "shady," "corporate raiders," "unscrupulous," and "out of town charlatans." Compl. Ex. 7. Defendants singled out USGA's competing ghost tour operation in Annapolis and falsely stated that:

> [T]hese ***ethically ambiguous* opportunists** have set their sights on locally owned and operated Ghost Tours and Pub Crawls. **Their goals, to put the locals out of business, and claim their market share.** They send in advance teams who methodically, **deceptively**, and stealthily **move into new geographic areas**; . . . **[they]** *sneak onto those established company's tours* **with the** *sole objective to steal their intellectual property in the form of ghost tour content and stories*. **Which they then change around slightly, and claim as local, unique, and authentic.** They are none of these!

*Id.* (emphasis added).

29.     Similarly, Defendants published on their own website (on April 12, 2024), and on

USAGHOSTADVENTURES.COM (on April 16, 2024) a blog post titled "Local Business Under

Attack by National Chain US Ghost Adventures." Compl. Ex. 8. In this post, Defendants referred

to USGA as "[t]he most egregious" of the "big national chains," and falsely stated that:

> They **bully small local tour operators**, most with less than five
> employees, who are supporting themselves and their families with
> the revenue their small business generates. **Companies like *US
> Ghost Adventures don't play fair, violate the law, and are actively
> involved in fraud and deceptive business practices*. They
> capitalize on the hard earned reputations of small local
> companies,** *steal their hard work and research, intellectual
> property, and violate their trademarks***, hoping they'll sue and be
> forced to spend large amounts of money until they give up on
> costly litigation, or shutter their businesses.**

*Id.* (emphasis added). Defendants also included disparaging commentary regarding USGA's

ongoing litigation over its Lizzie Borden trademark, further characterizing USGA as an "industry

pariah." *Id.*  This article was published again on January 2, 2025 on Defendants' own website.

30.     Defendants posted on USAGHOSTADVENTURES.COM (on April 21, 2024), and

on their own website (on April 25, 2024 and January 2, 2025), the false and misleading statements

that USGA "and its apparently ethically-challenged owner Lance Zaal, have allegedly made it a

standard business practice to violate and infringe small, locally-owned Ghost Tour companies'

trademarks." Compl. Ex. 9. Defendants included additional false, disparaging narratives about

Plaintiffs:

> **[T]hey are accused of deceptive business practices beyond just
> the trademark infringements, such as claiming local company's
> pre-existing Google Business pages as their own**, and in the case
> of at least one company, 20 years of customer reviews son [*sic*]
> comments. Additionally, **there is direct recorded proof of the
> company willfully redirecting USGA's negative customer
> reviews to the Google reviews pages of their competitors, while
> directing all positive reviews to their own Google reviews page**.

9

> Purportedly, **Lance Zaal has stated that it is his goal to either drive the local company out of business, or force them to hire costly Patent & Trademark attorneys to bring expensive litigation against USGA. And, then settling the matter by grudgingly removing any offending violation before the matter can adjudicated and a ruling against USGA. But, not before forcing the small local businesses to dole out upwards of $10K to force the matter into court.** Money which is hard to come by for a small company with limited revenue and resources to fight a corporate behemoth like USGA.

*Id.* (emphasis added).

31.     Numerous other examples of Defendants' false, disparaging, and misleading statements that were posted to USAGHOSTADVENTURES.COM and Defendants' own website to specifically target Virginia customers and residents are included in the Complaint.

32.     USGA competitors in Virginia have seen, adopted, shared, and/or repeated Defendants' false narratives and disparaging and misleading statements about USGA and me in Virginia, further disseminating Defendants' false, misleading, and defamatory content to an even broader range of Virginia customers, residents, and businesses.

33.     Haunts of Richmond—a USGA competitor ghost tour operator in Richmond, Virginia, whose website Defendants hyperlinked on the infringing website and their own website to specifically target Virginia customers and residents—has adopted and continues to perpetuate Defendants' defamatory narratives about USGA and me in Virginia.

34.     For example, in its August 7, 2025 Facebook post, Haunts of Richmond claimed that "copycats chase us" and alluded to "imitators . . . creeping in[to Richmond]." **Exhibit 1**.

35.     As set forth in greater detail in the Complaint, Defendants and their co-conspirators posted baseless and disparaging comments in response to a YouTube video about USGA and me, published by Simply Strange (@Simply_Strange) on April 3, 2025. *See* Compl. ¶¶ 64–65. Chris

Houlihan ("Houlihan"), Vice President of Haunts of Richmond, posted the following comments

in response to the video:





A copy of the comments to this YouTube video, as of August 8, 2025, is attached as **Exhibit 2**.

36.     The YouTube profile page for @Dead-Talker-209 identifies him as "Chris H."

"Chris H." is Chris Houlihan, Vice President of Haunts of Richmond. *See* Team, HAUNTS OF

RICHMOND, https://www.hauntsofrichmond.com/team/chris-houlihan/ (last visited August 8,

2025).

37.     Houlihan's false and misleading assertions about me being dishonest, USGA and

me "posting false reviews for themselves to inflate their credibility," USGA and me "employ[ing]

tactics to have negative reviews removed from platforms," and USGA and me "lift[ing] 'their'

tour material from the established tour companies" can be directly traced to Defendants' blog

posts. *See, e.g.*, Compl. Ex. 12 (Defendants referring to Zaal as "ethically challenged" and stating

"if he can't beat us fairly, he just tries to cheat"); Compl. Ex. 9 (Defendants stating: "there is direct

11

recorded proof of the company willfully redirecting USGA's negative customer reviews to the Google reviews pages of their competitors, while directing all positive reviews to their own Google reviews page"); Compl. Ex. 7 (Defendants stating that USGA "sneak[s] onto those established company's tours with the sole objective to steal their intellectual property in the form of ghost tour content and stories").

38.    Significantly, Defendants responded directly to Houlihan's comments and specifically directed Houlihan, a Virginia resident and ghost tour operator, to their website— which, as Defendants asserted to numerous other commenters, contains their "blog posts, with supporting evidence on this topic." Ex. 2.

39.    Taking its cue from Defendants, Haunts of Richmond then compiled a "coast-to-coast list of independently run ghost tours," which it published in a blog post on June 17, 2025 and subsequently shared on Facebook. A copy of this blog post is attached as **Exhibit 3**. Haunts of Richmond's list contains many of the same tours listed on Defendants' websites and provides active links to USGA competitors in Virginia, including: Alexandria Colonial Tours, Ghosts of Staunton, Haunted Williamsburg, Spooks & Legends (Williamsburg, VA), and The Ghost Tour (Williamsburg, VA). *See id.* Haunts of Richmond's list, published on its Virginia-based website, also provides an active link to Defendants' website. *See id.*

40.    After sharing its list on Facebook, co-conspirator American Ghost Adventures commented "Thank you!!", further demonstrating Haunts of Richmond's coordinated involvement in Defendants' overarching campaign to attack and harm Plaintiffs through false, defamatory, and misleading statements. A copy of this Facebook post is attached as **Exhibit 4**.

41.    Similarly, Ghosts of Staunton, a competitor ghost tour operator in Staunton, Virginia, has joined in Defendants' campaign to cause competitive and reputational harm to USGA

12

and me in Virginia. On June 21, 2025, Ghosts of Staunton shared Defendants' January 2, 2025 blog post titled "US Ghost Adventures games Google to deceive guests in Annapolis!" (Compl. Ex. 11) on its Facebook page, commenting that "there does seem to be plenty of public information available in regards to how this tour group [USGA] may operate," and that the blog post "is a very interesting read." A copy of this Facebook post is attached as **Exhibit 5**.

42.    On July 4, 2025, Ghosts of Staunton shared Defendants' January 2, 2025 blog post titled "Ghost tours nationwide are infuriated by US Ghost Adventures!" (Compl. Ex. 10) on its Facebook page. A copy of this Facebook post is attached as **Exhibit 6**. Ghosts of Staunton repeated unsubstantiated allegations against USGA and reiterated that there "seems to be plenty of information available in regards to this tour operation available to the public," and that "this latest article submitted to us is a very interesting read." *Id.*

43.    In response to Ghosts of Staunton's post, the founder of Columbus Ghost Tours provided a link to its July 1, 2025 blog post containing a list of locally-owned ghost tours that heavily overlaps with Defendants' and Haunts of Richmond's listings and includes active links to Defendants' website, as well as USGA competitors in Virginia. *Id.*

44.    Houlihan also commented on Ghosts of Staunton's post, stating that "you can find multiple instances of [USGA] setting up in new cities, claiming to be #1 before they offer their first tour AND having 5-star reviews posted before offering their first tour. It's a scheme to get Google to notice you fast." *Id.*

45.    Subsequently, on July 6, 2025, Ghosts of Staunton posted the links to both Columbus Ghost Tours's and Haunts of Richmond's lists of USGA competitors on Facebook. Copies of these Facebook posts are attached as **Exhibit 7**.

13

46.     In its comments to the Simply Strange YouTube video, Defendants readily admit

that "[t]here are a handful of us actively engaged in a battle against Lance Zaal," and that they are

"in constant communication with other tour operators" in furtherance of that effort:



@AnnapolisGhostTours 4 months ago
I'm the owner of Annapolis Ghost Tours. I would love to comment upon, or speak further with you about this matter. That one post you shared in the video was just the tip of the iceberg of scummy shadiness by Lance Zaal and US Ghost Adventures! We have reams of evidence of both illegal and unethical business practices in which US Ghost Adventures has engaged against us and other tour companies. There are a handful of us actively engaged in a battle against Lance Zaal in a David vs. Goliath fight! I can be reached at the number below, or via this email address. I am also in constant communication with other tour operators who are fighting similar battles. Thanks in advance, and I loo forward to speaking with you!

Ex. 2. As demonstrated above, these other tour operators appear to include Haunts of Richmond,

Ghosts of Staunton, and others in Virginia's hospitality and tourism industry.

47.     Thus, it is apparent that Defendants' efforts to target Virginia with their false,

defamatory, and misleading statements have been effective in targeting Virginia customers and

residents, and have been seen, adopted, and perpetuated in Virginia by the same USGA competitor

tours in Virginia that Defendants actively promoted on the infringing website and their own

website.

48.     To the extent there could be any question as to the sufficiency and volume of

Defendants' efforts and success in targeting Virginia, additional investigation into the private

Facebook group, Professional Ghost Tour Guides, and communications between its members

(particularly with respect to Defendants), as well as other sources of relevant information about

Defendants' engagement with Virginia customers, businesses, and residents, would be expected

to reveal the depth and success of Defendants' efforts to perpetuate their false narratives and harm

USGA and me in Virginia.

49.     For example, Carter admits that he is an active participant in the private Facebook

group, Professional Ghost Tour Guides, and was asked to be a moderator of the group. *See* Dkt. 7-

1, ¶ 17.  This private forum was used by Defendants and other competitor tours, including those

14

in Virginia, to coordinate their campaign to vilify, defame and disparage, competitively harm, and interfere with USGA, its business, owner (me), employees, products, and services in Virginia and elsewhere.

50.    Additionally, a February 5, 2024 Facebook post by Black Cat Tales & Tours, a ghost tour operator in Ohio and member of the private Facebook group, shows that the 2024 Professional Ghost Tour Guides Conference was held in Richmond, Virginia and was hosted by Haunts of Richmond. *See* **Exhibit 8**.

51.    I make these statements voluntarily. The statements made herein are to the best of my recollection and constitute an accurate depiction of the facts known to me at this time.

I declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 8th day of August, 2025.

Lance Zaal

# EXHIBIT 1

# facebook

Log In

## Haunts of Richmond's post

✕

 **Haunts of Richmond** is in **Richmond**.
1d · 🌐

Some folks chase ghosts like copycats chase us. 👀
We've been haunting Richmond since 2004. Many years before the imitators started creeping in. Those years have been used to dig deeper and do more research, so that we can bring you more spooky stories and better tours than anyone else. 👻
So if you want the real stories told by the most experienced guides, be sure to stick with the original.
On tap for this weekend:

Thursday, August 7th
👥 Shadows of Shockoe - 7:00PM

Friday, August 8th
👰 Specters & Shades of Court End - 8:00PM
⛪ Church Hill Chillers - 9:00PM

Saturday, August 9th
👥 Shadows of Shockoe - 7:00PM
👤 Phantoms of Franklin - 8:00PM

Sunday, August 10th
🏛 Haunted Capitol Hill - 7:30PM

Thank you for helping us keep Richmond spooky! 👻 #rva #rvasmallbusiness #ghosttour #hauntsofrichmond @visitrichmondva @visithaunts



# facebook

Log In

## Haunts of Richmond's post









 58

3 comments   5 shares

👍 Like                    💬 Comment

Most relevant ▾

 **Mac Adams**
#spooky365

1d    3

 **Phyllis Pleasants**
Yes, I've been on this!!!! Many years ago.

22h

 💎 Top fan
**Steve Dills**
Best tour in Richmond, bar none!

22h   2

# EXHIBIT 2







≡  ▶ YouTube                    🔍  🎤                    ⋮   👤 Sign in

5.4M views · 6 years ago

3  👎  Reply

**@tbag6600** 4 months ago
@Emicarvey  i didn't know all this

1  👎  Reply

**@AnnapolisGhostTours** 4 months ago (edited)
Very different! More like Nike calling themselves "Adidaz" rather than Nike, to sow confusion and to get that athlete to switch brands. After a legal conference with Zaal, his attorney, me, and my attorney, which did not go well for them, they acted out in reprisal. After Lance Zaal specifically stating that they would never engage in such unethical business practices, he or his Director of Operations, Josef Kruger ordered that they change the name on their Google Business Listing to a name almost identical to ours, in order to sow confusion in potential guests. Which explicitly goes against Google's Terms of Service! This is documented! We have reams of evidence, beyond this email, that this goes way beyond "ethical" or fair competition, and is deep into the realm of illegal and unethical business practices. I'd suggest visiting our website and reading through our blog posts, with supporting evidence, on this topic.
Show less

4  👎  Reply

**@tbag6600** 4 months ago
 @AnnapolisGhostTours  wow that is complete bullshit. i hope everything gets worked out. I know i will never use their services and i will only go through you guys. Thank you for clarifying with more information.

👍  👎   Reply

**@Emicarvey** 4 months ago
@ the company I work for has had nearly the identical experience with them. They are awful

👍  👎   Reply

**@AbqTours** 4 months ago (edited)
USGA are pond scum.  Thanks for getting the word out.  Book carefully!  Buy and support local.

2  👎  Reply

**@versionsofmel** 4 months ago
Melissa from Annapolis Ghosts - THANK YOU for bringing this info to light.  It's just the TIP of the story.

15  👎  Reply

⌄ 1 reply

**@hawaiianheartbreakherstory_tm** 8 days ago
hi Melissa can you please share your experience?

👍  👎   Reply

**@MaCabaret** 4 months ago
I'm surprised Zak Bagans is letting them get away with calling themselves that.

8  👎  Reply

**@ammanwill** 4 months ago
It's  business

1  👎  Reply

⌄ 1 reply

**@AnnapolisGhostTours** 4 months ago
We have reams of evidence, beyond this email, that this goes way beyond "ethical", business, or fair competition, and is deep into the realm of illegal business practices. I'd suggest visiting our website and reading through our blog posts, with supporting evidence on this topic.

1  👎  Reply

**@melissarowell2893** 4 months ago
I'm not sure what happened to my comment on this. It was removed maybe? I just want everyone to know that USGA is sending out these emails targeting locally owned ghost tours nationwide. I have personally been forwarded two such emails. It's WAY more than just Annapolis Ghost Tours.

6  👎  Reply

**@dannyortiz0406** 4 months ago
This is true because someone who owns an Orlando paranormal group is being bullied by US Ghost Adventures that i talk to daily.

6  👎  Reply

**@erniebrower1279** 4 months ago
Fyi, those businesses logos on both their sites can be legally obtained by paying for them. They offer logo toting packages at a cost. It doesn't mean that they were actually featured on any of those outlets. A lot of start ups purchase these to make themselves seem like a legit trusted brand. I swear once scientists finally get proof and understand the spirit realm, they will ruin

**Sidebar videos:**

24:50 · 5.4M views · 6 years ago

DRUNK heckler challenged Elvi…
Elvis Presley: The Untol…
239K views · 2 days ago
New · 15:42

Parents Lose It After Realizing …
EXPLORE WITH US ✓
11M views · 1 year ago · 58:09

Pedro Pascal is a Ticking Time …
Patrick Cc: ✓
717K views · 4 days ago
New · 25:05

Cops Discover Horrific Secret …
EWU Bodycam
1.9M views · 2 days ago
New · 21:19

The Satisfying Downfall of …
Internet Anarchist ✓
494K views · 6 days ago
New · 20:23

Here's What You Missed On Ozzy…
Wise Owl
150K views · 3 days ago
New · 22:48

Zak Bagans On Inside Edition
Alice Hammer
318K views · 9 years ago · 6:12

We Tested "Real" Ghost Hunting …
Microwave Society ✓
429K views · 1 year ago · 22:24

The Deserved Downfall of …
90 Day David
241K views · 2 weeks a… · 24:33

Sam & Colby's First Paranorm…
PowerfulJRE ✓
4M views · 2 years ago · 15:04

Nick Groff explains what …
Ghost Adventures Fans
184K views · 2 years ago · 7:00

A Husband's House of Horrors
EXPLORE WITH US ✓
16M views · 2 years ago · 40:50

(1867, Timothy Caldwell) The …
Liturgy of Fear
252K views · 10 days a… · 56:57

After 51 Years, Amityville …
Unbelievable Tales
154K views · 1 month a… · 20:44















# EXHIBIT 3

Case 6:25-cv-00048-NKM-CKM    Document 10-1    Filed 08/08/25    Page 32 of 56
Pageid#: 311

```
[class*="BadgeContainer__Inner-sc"] { display: block; }
[class*="BadgeSources__Container-sc"] { display: inline-block; }
[class*="BadgeTitle__Container-sc"] { display: inline-block; position: relative;
bottom: 5px; margin-left: 3px; }
```



👤 Chris    📁 Tales    🗓 17 Jun at 7:17 pm

When it comes to paranormal tourism, not all ghost tours are created equal. While large companies might offer flashy marketing, it's the locally owned and operated ghost tours that bring the real stories and real chills in the places they call home. Here's why going local matters.

## Authentic Stories, Not Copy-Paste Scripts

Local ghost tour guides live and breathe the history of their hometowns. They've spent years digging through historic archives, interviewing residents and business-owners, and stitching-together legends that haven't been diluted by a corporate policy. These are not one-size-fits-all scripts. Local ghost tour guides

Case 6:25-cv-00048-NKM-CKM   Document 10-1   Filed 08/08/25   Page 33 of 56
Pageid#: 312

will bring you real and rooted stories that have often been handed down through generations.

In contrast, ghost tour chains may rely on generalized ⸻ from city to city, often missing the nuance and folklore that make each haunted location unique.

0   Checkout ↗

## You're Supporting the Local Haunts

When you book a locally owned and operated ghost tour, your money stays in the community. It helps support small businesses, pay local guides, and maintain the preservation of historic sites. You're investing in storytellers, historians, and passionate locals; not sending profits to a corporate office hundreds of miles away.

## Deeper Connections, Better Experiences

Locally run tours often offer smaller group sizes, flexible routes, and a more personal connection. Want to ask a question? You're not interrupting a memorized monologue. These guides know the places they walk, and in some cases they've had their own unexplained encounters.

Whether you're a serious paranormal enthusiast or just in it for a fun and spooky night out, a local guide will bring you insights, passion, and community pride you won't get from a chain company.

We've put together a coast-to-coast list of independently run ghost tours (plus some more from further afield). If you're planning a haunted getaway or just curious about who's telling the real ghost stories, start your exploration here.

Alexandria, Virginia – Alexandria Colonial Tours – alexcolonialtours.com

Case 6:25-cv-00048-NKM-CKM   Document 10-1   Filed 08/08/25   Page 34 of 56
Pageid#: 313

Albuquerque, New Mexico – ABQTours: History & Ghost Tours of Old Town Albuquerque – abqtours.fun

Annapolis, Maryland – Annapolis Ghost Tours – annapolisghosts.com

Austin, Texas – Austin Ghost Tours – austinghosttours.com

Baltimore, Maryland – Baltimore Ghost Tours – baltimoreghosttours.com

Birmingham, Alabama – Birmingham Historic Touring Company – bhamhistory.com

Boston, Massachusetts – Haunted Boston Ghost Tours – hauntedboston.com

Canton, Ohio – Black Cat Tales & Tours – phantommemorandum.com

Charles Town, West Virginia – Charles Town Ghost Tours – charlestownghosttours.com

Charleston, South Carolina – Bulldog Tours – bulldogtours.com

Charleston, South Carolina – The Original Ghostwalk of Charleston – ghostwalk.net

Charlotte, North Carolina – Carolina History & Haunts – carolinahistoryandhaunts.com

Charlotte, North Carolina – Charlotte NC Tours – charlottenctours.com

Chattanooga, Tennessee – Chattanooga Ghost Tours – chattanoogaghosttours.com

Chicago, Illinois – Chicago Gangsters and Ghosts Tours – gangstersandghosts.com

Case 6:25-cv-00048-NKM-CKM   Document 10-1   Filed 08/08/25   Page 35 of 56
Pageid#: 314

Chicago, Illinois – Weird Chicago Tours – weirdchicago.com

Columbus, Ohio – Columbus Ghost Tours – columbusghosttours.com

Dahlonega, Georgia – Dahlonega Walking Tours – dahlonegawalkingtours.com

Deadwood, South Dakota – Boot Hill Tours – boothilltours.com

Denver, Colorado – Denver Walking Tours – denverfreewalkingtours.com/ghost-tours

Dothan, Alabama – Adela Haunted Tours – adelahauntedtours.com

Drumheller, Alberta, Canada – Drumheller Guided Ghost Walk – facebook.com/groups/ucmagic.ca/

Duluth, Minnesota – Duluth Ghost Tours – duluthghosttours.com

Edinburgh, Scotland, United Kingdom – Mercat Tours – mercattours.com

Eureka Springs, Arkansas – Haunted Eureka Springs – hauntedeurekasprings.com

Fort Collins, Colorado – The Fort Collins Ghost Tour – fortcollinstours.com

Franklin, Tennessee – Franklin Walking Tours – franklinwalkingtours.com

Galena, Illinois – The Haunted Galena Tour Company – hauntedgalenatourcompany.com

Galveston, Texas – Spooky Galveston – ghosttoursofgalvestonisland.com

Gallatin, Tennessee – Gallatin Ghost Walk – sumnercountyhistoryandhaunts.com

Case 6:25-cv-00048-NKM-CKM    Document 10-1    Filed 08/08/25    Page 36 of 56
Pageid#: 315

Gettysburg, Pennsylvania – Gettysburg Ghost Tours – gettysburgghosttours.com

Gettysburg, Pennsylvania – Gettysburg Battlefield Tours – gettysburgbattlefieldtours.com

Gettysburg, Pennsylvania – Ghosts of Gettysburg – ghostsofgettysburg.com

Golden, Colorado – Colorado Haunted History – coloradohauntedhistory.com

Grand Junction, Colorado – Whispers From The Past – whispersfromthepastgj.com

Harpers Ferry, West Virginia – Ghost Tours of Harpers Ferry – harpersferryghost.20m.com

Havre de Grace, Maryland – Havre de Haunts – havredehaunts.com

Honolulu, Hawai'i – Mysteries of Hawai'i – mysteries-of-hawaii.com

Houston, Texas – Houston Ghost Tour – houstonghosttour.com

Indianapolis, Indiana – Historic Indiana Ghost Walks & Tours – unseenpress.com

Key West, Florida – Ghost Key West – ghostkeywest.com

Key West, Florida – Key West Ghost and Mysteries Tour – keywestghostandmysteriestour.com

Kingston, Ontario, Canada – The Haunted Walk – hauntedwalk.com

Las Vegas, Nevada – Haunted Vegas Tour & Ghost Hunt – hauntedvegastours.com

Leadville, Colorado – Leadville Ghost Tours – leadvilleghosttours.com

Case 6:25-cv-00048-NKM-CKM     Document 10-1     Filed 08/08/25     Page 37 of 56
Pageid#: 316

Lincoln, Nebraska – Lincoln Historical Ghost Quest – lincolnhistoricalghostquest.org

Louisville, Kentucky – Louisville Historic Tours – louisvillehistorictours.com

Manteo, North Carolina – OBX Ghost Tours – obxghosttours.com

Marietta, Ohio – Hidden Marietta – hiddenmarietta.com

Maryland Eastern Shore – Chesapeake Ghosts – chesapeakeghosts.com

McDonough, Georgia – Southern Ghost Tours – mcdonoughghosttours.com

Memphis, Tennessee – Historical Haunts Memphis – memphisghosttours.com

Mobile, Alabama – Mobile's Original Ghost Tour – mobilesoriginalghosttour.com

Montreal, Quebec, Canada – Haunted Montreal – hauntedmontreal.com

Mystic, Connecticut – Seaside Shadows – seasideshadows.com

New Harmony, Indiana – Haunted New Harmony – jonimayhan.com

New Orleans, Louisiana – Haunted History Tours – hauntedhistorytours.com

New York City, New York – Haunted Manhattan – hauntedmanhattan.com

Orange County, California – OC Ghosts and Legends – ocghostsandlegends.com

Oregon City, Oregon – Northwest Ghost Tours – nwghosttours.com

Orlando, Florida – American Ghost Adventures – americanghostadventures.com

Case 6:25-cv-00048-NKM-CKM   Document 10-1   Filed 08/08/25   Page 38 of 56
Pageid#: 317

Pittsburgh, Pennsylvania – Haunted Pittsburgh Ghost Tour – hauntedpittsburghtours.com

Philadelphia, Pennsylvania – Grim Philly – grimphilly.com

Portland, Oregon – Slabtown Tours – slabtowntours.com

Portsmouth, New Hampshire – New England Curiosities – newenglandcuriosities.com

Providence, Rhode Island – Providence Ghost Tour – providenceghosttour.com

Roswell, Georgia – Roswell Ghost Tour – roswellghosttour.com

Salem, Massachusetts – Black Cat Tours – blackcatsalem.com

Salem, Massachusetts – Salem Night Tour – salemghosttours.com

Salem, Massachusetts – Spellbound Tours – spellboundtours.com

Salt Lake City, Utah – Grimm Ghost Tours – grimmghosttours.com

San Diego, California – Haunted San Diego Ghost Tours – hauntedsandiegotours.com

San Francisco, California – Haunted Haight Walking Tours – hauntedhaight.com

San Francisco, California – San Francisco Ghost Hunt Walking Tour – sfghosthunt.com

Savannah, Georgia – Afterlife Tours – afterlifetours.net

Savannah, Georgia – 6th Sense World – 6thsenseworld.com

Savannah, Georgia – Sorrel Weed House – sorrelweedhouse.com

Seattle, Washington – Spooked In Seattle – spookedinseattle.com

Sharpsburg, Maryland – Sharpsburg Civil War Ghost Tours – sharpsburgtours.net

Skagway, Alaska – Ghosts and Goodtime Girls – redonion1898.com

St. Augustine, Florida – Ghost Tours of St. Augustine – ghosttoursofstaugustine.net

St. Augustine, Florida – Ghost Augustine – ghostaugustine.com

St. Augustine, Florida – A Ghostly Encounter – staugustineghosttours.net

St. Augustine, Florida – A Night Among Ghosts – anightamongghosts.com

St. Charles, Missouri – St. Charles Ghost Tours – stcharlesghosts.com

Staunton, Virginia – Ghosts of Staunton – ghostsofstaunton.com

Tampa, Florida – Silent Slayer Ghost Tours – silentslayertours.com

Tombstone, Arizona – Gunfighter and Ghost Tour – tombstone-ghost.com

Traverse City, Michigan – Haunted Traverse Tour Company – hauntedtraverse.com

Tucson, Arizona – Tucson Ghost Company – tucsonghostcompany.com

Vancouver, British Columbia, Canada – Ghostly Vancouver Tours – ghostlyvancouvertours.com

Case 6:25-cv-00048-NKM-CKM   Document 10-1   Filed 08/08/25   Page 40 of 56
Pageid#: 319

Virginia City, Nevada – Bats In The Belfry – virginiacityghosttours.com

Washington, D.C. – National Nightmares – nationalnightmares.com

Williamsburg, Virginia – Haunted Williamsburg – colonialwilliamsburg.org

Williamsburg, Virginia – Spooks & Legends – spooksandlegends.com

Williamsburg, Virginia – The Ghost Tour – theghosttour.com

York, England, United Kingdom – Dark Tales of York – darktalesofyork.com

Know a great local tour that's not on the list? Let us know!
Love the list? Please share it with your fellow seekers of the paranormal using one of the links below!

# EXHIBIT 4

Case 6:25-cv-00048-NKM-CKM    Document 10-1    Filed 08/08/25    Page 42 of 56
Pageid#: 321

**facebook**                                                Log In

---

## Haunts of Richmond's post                                              ✕

 **Haunts of Richmond**
June 24 · 🌐

Little detour from our typical content. If you have a moment, please checkout our latest blog post on our website.

We won't rehash it in full here, but in short, locally-owned and operated ghost tours need and deserve your support.

Please feel free to share or copy the blog post to any degree you see fit. If you do copy it to your own site, we would appreciate having our site (Haunts of Richmond) added to the list in return. If you notice any missing locally-owned and operated ghost tours, don't hesitate to DM us and we will gladly consider adding them to the post.

Thanks for reading and supporting local businesses! 👻



HAUNTSOFRICHMOND.COM
### Why You Should Choose Locally Owned and Operated Ghost Tours
In haunted tourism, not all ghost tours are created equal. Chain companies have flashy marketing, but local tours bring the authentic stories and real chills.

---

👍❤️ 23                                          5 comments   17 shares

---

 Like                     Comment

---

All comments

 **American Ghost Adventures**
Thank you!!

5w

 **Spooks and Legends Haunted Ghost Tours**
Hi 👻 We're a small business and in Williamsburg, Virginia. Could you add us to your list?? Thank you.

6w 👍

 ✏️ Author
**Haunts of Richmond**
Spooks and Legends Haunted Ghost Tours we got you! 👻

---

Case 6:25-cv-00048-NKM-CKM    Document 10-1    Filed 08/08/25    Page 43 of 56
Pageid#: 322

**facebook**                                                                    Log In

## Haunts of Richmond's post                                    ✕

We won't rehash it in full here, but in short, locally-owned and operated ghost tours need and deserve your support.

Please feel free to share or copy the blog post to any degree you see fit. If you do copy it to your own site, we would appreciate having our site (Haunts of Richmond) added to the list in return. If you notice any missing locally-owned and operated ghost tours, don't hesitate to DM us and we will gladly consider adding them to the post.

Thanks for reading and supporting local businesses! 👻



HAUNTSOFRICHMOND.COM

### Why You Should Choose Locally Owned and Operated Ghost Tours

In haunted tourism, not all ghost tours are created equal. Chain companies have flashy marketing, but local tours bring the authentic stories and real chills.

👍❤️ 23                                        5 comments   17 shares

        🔲 Like                    🔲 Comment

All comments 🔲

 **American Ghost Adventures**
Thank you!!

5w

 **Spooks and Legends Haunted Ghost Tours**
Hi 👻 We're a small business and in Williamsburg, Virginia. Could you add us to your list?? Thank you.

6w  👍

 🖊 Author
**Haunts of Richmond**
Spooks and Legends Haunted Ghost Tours we got you! 👻

6w                                                    👍

 **Spooks and Legends Haunted Ghost Tours**
Haunts of Richmond Much appreciated! ❤️👻🙏

6w                                                    😢

# EXHIBIT 5

**facebook**

Log In

## Ghosts of Staunton's post  ✕



**Ghosts of Staunton**
June 21 · 🌐

IMPORTANT

Yesterday I posted, there seems to be another ghost tour here in Staunton.  Apparently, some people say it's national chain, I do not know.  To avoid any confusion, we are the Ghosts of Staunton Ghost Tours, the original ghost tours of Staunton, Virginia founded in 2008 by myself.

We do not do 1 hours tours for $25 as some folks have stated this new tour does.  When we do provide 1 hour tours, they are usually $12-$13 per ticket.

Apparently there seems to be people saying they are presenting many of the same stories we originally created, again I do not know.

As mentioned yesterday there does seem to be plenty of public information available in regards to how this tour group may operate.  I do not have a lot to say other than this is a very interesting read.

https://www.annapolisghosts.com/.../us-ghost-adventures...



ANNAPOLISGHOSTS.COM
**US Ghost Adventures games Google to deceive guests in Annapolis!**
Lance Zaal, US Ghost Adventures, U.S. Ghost Adventures, accused of fraudulently gaming Google ...

👍🥰❤️ 11                                                5 comments   3 shares

 Like           Comment

8/8/25, 11:43 AM
Case 6:25-cv-00048-NKM-CKM    Document 10-1    Filed 08/08/25    Page 46 of 56
Pageid#: 325
IMPORTANT Yesterday I posted, There... - Ghosts of Staunton | Facebook

**facebook**                                                          Log In

---

## Ghosts of Staunton's post                                    ✕

 

ANNAPOLISGHOSTS.COM

### US Ghost Adventures games Google to deceive guests in Annapolis!

Lance Zaal, US Ghost Adventures, U.S. Ghost Adventures, accused of fraudulently gaming Google …

👍🥳❤️ 11                                        5 comments   3 shares

---

|  Like  |  Comment  |

---

Most relevant ▾

 **Lee Blantine**
They are a national chain. Keep your stories close to your chest. They also will absolutely fudge information that they just heard once or misread on the internet. They aren't above just making things up either.

6w   😮

 **Lisa Unruh Lopez**
They've invaded my town and stole my stories. They even mention my name in their script. 🤷‍♀️ My script is copyright I wonder if I can take legal action.

6w   👍

 🖊 Author
**Ghosts of Staunton**
Sorry to hear that. I really don't know Lisa, Justin may be right.

6w

 **Beth Winkler Houlihan**
Lisa Unruh Lopez you do have a copyright case if you have not given permission. It will not be easy but people need to bring legal cases against him or he is just going to keep doing it.

6w   👍

 **Justin Knight**
Good luck

You'll spend 10x what you make in-season on legal fees

6w   👍

# EXHIBIT 6

Case 6:25-cv-00048-NKM-CKM    Document 10-1    Filed 08/08/25    Page 48 of 56
Pageid#: 327

**facebook**  Log In

## Ghosts of Staunton's post ✕

 **Ghosts of Staunton**
July 4 · 🌐

IMPORTANT

An update to everyone!   I posted a few weeks ago that there seemed to be another ghost tour here in Staunton.  Apparently, some people say it's national chain, I do not know.

I do want to state again to avoid any confusion, we are the Ghosts of Staunton Ghost Tours, the original ghost tours of Staunton, Virginia founded in 2008 by myself.

There seems to be people saying they have witnessed that this tour group is inside the Trinity Episcopal Church graveyard late at night using paranormal equipment in the cemetery.  Again to avoid confusion as I have had folks ask us if it is us, it is not.  I have not personally witnessed this so I can not comment any further.  I do hope this is not the case.

We continue to hear accounts from some folks that they are using our original stories.   I do not know that specifically as I have not witnessed this.  I post this as to avoid confusion.  Local folks here know us, what we do and how we do it and operate and I will say I am proud of that.

But for folks out of town, we are the original Ghosts of Staunton Ghost Tours and all of our stories have been researched, studied and told by us and credit has been specifically give to locations and sources whom have provided us with information for a few areas when the tours were originally created in 2008.  We do that because it is and continues to be the right thing to do.

There also seems to be plenty of information available in regards to this tour operation available to the public.  I do not have a lot to say other than this latest article submitted to us is a very interesting read.



Case 6:25-cv-00048-NKM-CKM    Document 10-1    Filed 08/08/25    Page 49 of 56
Pageid#: 328

**facebook**                                                                Log In

## Ghosts of Staunton's post                               ✕



**ANNAPOLISGHOSTS.COM**

### Ghost tours nationwide are infuriated by US Ghost Adventures!

Ghost tours nationwide have an axe to grind with Lizzie Borden House owner: 'Infuriating'Dan Me…

 15                                    6 comments   14 shares

 Like                     Comment

**All comments**

 **Bucky Cutright**
Here is a list of locally-owned ghost tours for your followers: 🙂
https://columbusghosttours.com/.../list-of-locally-owned…

4w                                                                    3

 🎤 **Author**
**Ghosts of Staunton**
Thank you Bucky!

4w

 **Michael La Chiana**
They are just trying to take advantage of so many who have worked hard for years!!

4w

 **Allison Cassidy**
There's a bunch of reviews for them that seem possibly fabricated

4w

 🎤 **Author**
**Ghosts of Staunton**
Hi Allison

8/8/25, 11:47 AM
IMPORTANT-An update to everyone! I... Ghosts of Staunton | Facebook
Case 6:25-cv-00048-NKM-CKM    Document 10-1    Filed 08/08/25    Page 50 of 56
Pageid#: 329

**facebook**

Log In

## Ghosts of Staunton's post
✕

Ghost tours nationwide have an axe to grind with Lizzie Borden House owner: 'Infuriating'Dan Me...

👍❤️😘 15                                    6 comments    14 shares

☐ Like                          ☐ Comment

**All comments** ☐

**Bucky Cutright**
Here is a list of locally-owned ghost tours for your followers:🙂
https://columbusghosttours.com/.../list-of-locally-owned...

4w                                                                    3 👍

🎤 **Author**
**Ghosts of Staunton**
Thank you Bucky!

4w

**Michael La Chiana**
They are just trying to take advantage of so many who have worked hard for years!!

4w    👍

**Allison Cassidy**
There's a bunch of reviews for them that seem possibly fabricated

4w

🎤 **Author**
**Ghosts of Staunton**
Hi Allison,

Yeah, I've not read the reviews but I have heard a few folks say, they thought they were fabricated. I don't know. We just post on here to avoid confusion. Hope you all enjoyed the tour tonight. 🙂

4w

**Chris Houlihan**
Allison Cassidy it's hard (if not impossible) to prove once they get started. That said, you can find multiple instances of them setting up in new cities, claiming to be #1 before they offer their first tour AND having 5-star reviews posted before offering their first tour.
It's a scheme to get Google to notice you fast. Unfortunately, it works and Google is unwilling to address the issue.

4w    👍

# EXHIBIT 7

Case 6:25-cv-00048-NKM-CKM    Document 10-1    Filed 08/08/25    Page 52 of 56
Pageid#: 331

**facebook**

## Ghosts of Staunton's post ✕

 **Ghosts of Staunton**
July 6 · 🌐

https://columbusghosttours.com/.../list-of-locally-owned...



COLUMBUSGHOSTTOURS.COM

### List of locally-owned ghost tours

Ghost tours can be a great way to learn the history of the place you're visiting (or even where you...

❤️👍 4                                                    1 share

 Like             Comment

Case 6:25-cv-00048-NKM-CKM    Document 10-1    Filed 08/08/25    Page 53 of 56
Pageid#: 332

**facebook**

Log In

## Ghosts of Staunton's post ✕

 **Ghosts of Staunton**
July 6 · 🌐

https://www.hauntsofrichmond.com/why-you-should.../...





HAUNTSOFRICHMOND.COM
**Why You Should Choose Locally Owned and Operated Ghost Tours**
In haunted tourism, not all ghost tours are created equal. Chain companies have flashy marketing, but local tours bring the authentic stories and real chills.

❤️👍 5                                                    1 share

👍 Like                    💬 Comment

# EXHIBIT 8

8/8/25, 10:16 PM

Hey there, fellow Creeps! We... | Black Cat Tales & Tours | Facebook

Case 6:25-cv-00048-NKM-CKM    Document 10-1    Filed 08/08/25    Page 55 of 56
Pageid#: 334

# facebook

Log In

## Black Cat Tales & Tours's post ✕

 **Black Cat Tales & Tours**
February 5, 2024 · 🌐

Hey there, fellow Creeps! We here at Black Cat Tales & Tours just got back from the Professional Ghost Tour Guides Conference in Richmond (well last Monday actually, but I had been in Japan after that, and am just now getting around to posting). It was hosted by Richmond Haunts (highly recommend this small locally owned tour company if you ever find yourself in RVA) and we did all these really cool things. First and foremost: the Poe Museum. (Sidenote: Baltimore and Philly also have Edgar Allen Poe museums to visit and I would love to hear from you if you have been to either.) We stayed at a haunted hotel called the Linden Row Inn. And we had an investigation of the John Marshall House and dinner at three different haunted taverns each night we were there. Perfect weekend. Keep a close eye on this page for upcoming events in Northeast Ohio. The exchange of ideas at this conference always inspires new ideas and tours.







Case 6:25-cv-00048-NKM-CKM    Document 10-1    Filed 08/08/25    Page 56 of 56
Pageid#: 335

**facebook**

 Log In

## Black Cat Tales & Tours's post

 

  

+16

 14                                    2 comments

 Like                    💬 Comment

Most relevant ▼

 **Brooke Piotter VanDerlin**
It sounds like an amazing weekend! Looking forward to your upcoming events!

1y

 💎 Top fan
**Jenny Turk Neveadomi**
Very interesting stuff! Can't wait to see what you come up with next!

1y