# EXHIBIT B

Case 6:25-cv-00048-NKM-CKM     Document 10-2     Filed 08/08/25     Page 2 of 33
Pageid#: 337



# Alexandria Colonial Tours

Home     The Team     Experiences     Tickets     Employment     More



## Walk Through History - Old Town Alexandria

Explore Alexandria's haunted past with Alexandria Colonial Tours - the ONLY local ghost tour company- operating since 1985! Our ghost and graveyard tour is led in lantern light by a costumed guide and takes you on a journey through history. Come join us and discover the secrets of Alexandria's past!

Book Now - Ghost Tour

Book Now - History Tour

Purchase a Gift Card

# 2025 Tour Schedule

Public tours meet at:
Alexandria Visitor's Center
221 King St.
Alexandria, VA 22314

## WINTER

JANUARY 1 - FEBRUARY 29

NIGHTLY AT 7:30PM

SPECIAL VALENTINES TOUR:
WEEKENDS IN FEBRUARY

## SPRING

MARCH 1 - JUNE 30:

FRIDAY & SATURDAY 7:30, 8:00, 8:30, & 9:00PM

SUNDAY 7:30PM

## SUMMER

JULY 1 - SEPTEMBER 8:

NIGHTLY AT 7:30PM

THURSDAYS 7:30 & 8:00

FRIDAY & SATURDAY 7:30, 8:00, 8:30, & 9:00PM

## FALL

SEPTEMBER 9 - SEPTEMBER 30:

NIGHTLY AT 7:30PM

THURSDAYS 7:30 & 8:00

FRIDAY & SATURDAY 7:30, 8:00, 8:30, & 9:00PM

## OCTOBER

NIGHTLY AT 7:30PM

THURSDAYS 7:30 & 8:00

FRIDAY & SATURDAY 7:30, 8:00, 8:30, & 9:00PM

## NOVEMBER

NIGHTLY AT 7:30PM

FRIDAY & SATURDAY 7:30, 8:00, & 8:30

## DECEMBER

NIGHTLY AT 7:30

EXCLUDES 12/24 & 12/25

SPECIAL HOLIDAY TOUR:
WEEKENDS IN DECEMBER



**Ready to Book Your Experience?**
**Click HERE or Call 703.519.1749**

Alexandria Colonial Tours Ltd

Office: 201 King St. #3 Alexandria, VA 22314
Public Tour Meetup: 221 King St. Alexandria, VA 22314
(Ramsay House - Alexandria Visitor Center)

© 2023 - All Rights Reserved

Case 6:25-cv-00048-NKM-CKM    Document 10-2    Filed 08/08/25    Page 4 of 33
Pageid#: 339



# Alexandria Colonial Tours

**Home**    **The Team**    **Experiences**    **Tickets**    **Employment**    **More**

# Experiences



### Ghost Tour

Follow a Colonial-costumed guide by lantern light through the charming streets of Alexandria's historic district: Old Town. On one of our two historical ghost tour routes (the North Route and the South Route), you'll hear ghost stories, legends, folklore, unsolved mysteries, tales of romance and angry ghosts looking for revenge.

After taking your first tour, you won't be able to wait to book tickets for the second route!

This one hour walking tour covers approximately 6 blocks.



### History Tour

Walk in the footsteps of George Washington and Robert E. Lee along our brick-lined streets, by elegant Federal homes and cobblestone alleyways.

Each tour is a 60 minute walking tour, led by an experienced, entertaining guide, covering 8-10 blocks.

History Tour Tickets



### African American Tour

Alexandria's African-American heritage is particularly rich and varied. Alexandria was a unique environment as home to one of the largest slave markets, and also one of the largest freedmen communities in the South prior to the Civil War.

On this tour you and your guests will see a glimpse into the day-to-day lives and stories of the African-American residents of town – both slave and freedman, living and working side by side from 1749-1865 – slavery to freedom.

Each tour is a 60-90 minute walking tour, led by an experienced guide, covering 8-10 blocks.

Ghost Tour Tickets







### Private Tours

Walk the charming streets of historic Old Town Alexandria with your private group of up to 20 people!

If you'd like a specialized themed tour, or you're just looking for one guide for your entire group, we can customize your walking tour to exactly what you're looking to experience!

### School Group Tours

Walk the charming streets of historic Old Town Alexandria with your large tour group of 20 or more!

A walking tour is a great, fun and informative activity for schools, clubs, scout groups, organizations, businesses, wedding parties, family reunions, and more.

### Speaking Engagments

We can come to you!

We specialize in providing an immersive experience that focuses on the local history and culture of the area. Hiring a speaker offers a unique opportunity for your club, organization, school, or special event to engage with informative and entertaining information on a variety of historical topics. Our speakers have a wealth of knowledge and experience that will surely bring history to life.

# To Inquire About Our Services

Contact us using the button below!

Contact Us

  

Case 6:25-cv-00048-NKM-CKM    Document 10-2    Filed 08/08/25    Page 6 of 33
Pageid#: 341



## Ready to Book Your Experience?
Click <u>HERE</u> or Call 703.519.1749

Alexandria Colonial Tours Ltd

Office: 201 King St. #3 Alexandria, VA 22314
Public Tour Meetup: 221 King St. Alexandria, VA 22314
(Ramsay House - Alexandria Visitor Center)

© 2023 - All Rights Reserved

Case 6:25-cv-00048-NKM-CKM        Document 10-2      Filed 08/08/25      Page 7 of 33
Pageid#: 342



# Alexandria Colonial Tours

Home        The Team        Experiences        Tickets        Employment        More

## Please Note:

Due to expected high volume, Public Tours will meet at the Burke and Herbert Bank located at 100 S. Fairfax St. in Old Town Alexandria on Friday and Saturday nights in October, on Halloween, as well as November 1st and 2nd

# Tickets

Alexandria Colonial Tours

The only locally owned provider of historic and ghost tour experiences in Alexandria, Virginia.

Use our convenient online calendar to purchase tickets for the ultimate journey into the past. Witness the eerie ghosts of colonial Alexandria and explore the city's rich history with us.

Book Now - Ghost Tour        Book Now - Heartbreak Haunts Tour        Book Now - History Tour

Purchase a Gift Card

After your tour - hold onto your ticket!  We've partnered with a few local businesses to give you

discounts!  Stop by one of our partner's stores today!

- The Old Town Shoppe
  - Dolce Gelato
  - The Creamery
  - Kilwins Ice Cream
  - Pop's Ice Cream

  



**Ready to Book Your Experience?**
**Click <u>HERE</u> or Call 703.519.1749**

Alexandria Colonial Tours Ltd

Office: 201 King St. #3 Alexandria, VA 22314
Public Tour Meetup: 221 King St. Alexandria, VA 22314
(Ramsay House - Alexandria Visitor Center)

© 2023 - All Rights Reserved

Case 6:25-cv-00048-NKM-CKM    Document 10-2    Filed 08/08/25    Page 9 of 33 Pageid#: 344

# Lynchburg Ghost Tours



Home    Tickets    About    Contact    Gift a Tour    FAQ



# Lynchburg Walking Ghost Tour

Explore the history and haunts of Commerce Street and Bluffwalk

| $25 | Ghost HQ on Commerce Street |

**Book Now**







Case 6:25-cv-00048-NKM-CKM   Document 10-2   Filed 08/08/25   Page 10 of 33
Pageid#: 345

## Tour Info

Get ready to delve into the city's haunted past, exploring not only the history that has shaped Lynchburg but also the otherworldly phenomena that continue to mystify residents and visitors alike. Learn the curious and mysterious history from the local historians of Curious History Tours for a healthy mix of historical and spooky fun.

Tour Bonus:
We're bringing our ghost hunting equipment - ya know, in case we make any new friends! The Ovilus senses changes in the environment allowing ghosts to speak words. If we see something pop up, it could be someone trying to communicate. So, we'll keep an eye on it and investigate as we go along this evening.

Where do we meet?
918 Commerce St, Lynchburg, VA 24504

How long is the tour?
About 90 Minutes

How far will we walk on the tour?
About .6 miles

This is a rain or shine event. All sales are final. Requests to reschedule tickets may be considered. Send us an email to discuss further. Thanks for understanding.

Book Now

## Upcoming Sessions

| Friday, Aug 15 | 7:00 PM | |
|---|---|---|
| | 1 hr 30 min | Ashley (Guide) |

Eastern Daylight Time (EDT)

Book Now

## Contact Info

918 Commerce Street, Lynchburg, VA, USA

## Lynchburg Ghost Tours
locally-owned and proudly operated in Lynchburg, Virginia

Case 6:25-cv-00048-NKM-CKM    Document 10-2    Filed 08/08/25    Page 11 of 33
Pageid#: 346



©2024 by Lynchburg Ghost Tours, LLC. in Historic Downtown Lynchburg, Virginia

  

# Lynchburg Ghost Tours

Home   Tickets   About   Contact   Gift a Tour   FAQ



## Lynchburg Walking Ghost Tour

**Explore the history and haunts of Commerce Street and Bluffwalk**

More Info

$25

View Schedule



# Book a Private Tour

Whether for your work crew, friends or family (just the ones you like) we've got a spooky experience to fit your needs. If our posted dates don't work for your group or you just want something private, no worries. Just give us a shout so we can work out a time for some spooky fun with your group. There is a minimum of 10 guests to schedule a Private Tour.

Contact Us



# Gift a Tour!

For the spooktacular friend or family member in your life, you can't go wrong with the gift of a Lynchburg Ghost Tour. Nothing says "you're kinda awesome" as uniquely as a night on the town together - on a ghost tour.

Buy Now





"One of the best tours I've been on! Enjoyed the history and thrilling aspects of the tour! Great thing to do downtown!"

Katie B.

"Informative and fun, and the whole group was engaged."

G. Haithcock

# Our Ghost Tours

Below is some info about our tours and tips on how to have the best time, ever.

## What to wear.

Wear comfortable shoes and clothing. Keep in mind the weather and what you will be comfortable in for a few hours outdoors. Some areas of our tour may include steps, wet ground or uneven pavement or cobblestone.

## Got more questions?

See our Frequently Asked Questions including info about weather cancellations, accessibility and more.

## What to bring.

If you have ghost hunting equipment, bring it! Cameras, EVP recorders, EMF meters and anything else non-intrusive is a great way to enhance your experience. Since our tour starts at GhostStop, you'll have access to purchase equipment just before the tour or head over to GhostStop.com for a wide selection of ghost hunting equipment.

Maybe an umbrella or raincoat for potential inclement weather.

## What else...

Bring some fun friends! Bring family - but just the ones you like.

Arrive at least 15 minutes prior to get checked in.

We strive to make sure our tour is fully accessible. If you are unable to use stairs, we do have an option with a short detour that will not lessen your experience. So, don't be afraid to ask! Please know that some of the walkways are 'historically aged.'

## Tour starts at:

Ghost HQ

Case 6:25-cv-00048-NKM-CKM          Document 10-2          Filed 08/08/25          Page 14 of 33
Pageid#: 349

918 Commerce Street

Lynchburg, VA

# Lynchburg Ghost Tours

locally-owned and proudly operated in Lynchburg, Virginia



©2024 by Lynchburg Ghost Tours, LLC. in Historic Downtown Lynchburg, Virginia

[class*="BadgeContainer__Inner-sc"] { display: block; } [class*="BadgeSources__Container-sc"] { display: inline-block; } [class*="BadgeRule__Container-sc"] { display: inline-block; position: relative; bottom: 5px; margin-left: 3px; }

## Step Into ... Richmond

Explore ... nger on

# Bringing You the Best of RVA's Haunted History

Explore six of the most haunted neighborhoods in the capitol city with Haunts of Richmond Ghost Tours. After the museums close and the sun goes down, join us for tales ...

As the city's haunted hi... professional ghost guides in the city.



## Book Directly with Us for the Lowest Guaranteed Price

## Our Ghost Tours & Events





**Franklin Tour**        **Creepy Tales on Campus Tour**        **Specters & Shades of Court End Tour**

## Special Events & Partner Experiences






## See What Our Guests Are Saying About Us!

The Original Richmond Ghost Tour Company Since 2004

## We Had A Frightfully Good Time Hosting Them!



## Reviews

4.7 ★★★★★ Over 144 Reviews

✎ Write a Review

0   Checkout ↗

★★★★★

Great details and nice personal stories about haunted experiences in each of these places. Also very pretty architecture too!

**Tavish Grade**
5 days ago

★★★★★

Valerie was amazing! I appreciated her energy even though it was super hot.

**Ariana Long**
1 week ago

★★★★★

Valerie and her top-tier storytelling was absolutely amazing! We learned so much about Richmond

**Paige Morrison**
1 week ago

★★★★★

Tiffany was an amazing guide and we had a hauntingly good time!!

**Tonya Beers-Warman**
2 weeks ago

★★★★★

Great Ghost Tour and an easy way to see a historical neighborhood in Richmond.

**Kelsey Jones**
1 week ago

★★★★★

Valerie was an amazing tour guide! She is so friendly and tells an excellent story! I would definitely recommend the shadows of shockoe tour

**Aurora and Christian**
1 week ago

Load More



**Haunts of Richmond**
hauntsofrichmond.com
804-543-3189
info@hauntsofrichmond.com

Browse activities

Choose date

**August**  **2025**

| Su | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 $27 | 7 $27 | 8 $27 | 9 $27 |
| 10 $27 | 11 $27 | 12 $27 | 13 $27 | 14 $27 | 15 $27 | 16 $27 |
| 17 $27 | 18 $27 | 19 $27 | 20 $27 | 21 $27 | 22 $27 | 23 $27 |
| 24 $27 | 25 $27 | 26 $27 | 27 $27 | 28 $27 | 29 $27 | 30 $27 |
| 31 $27 | 1 $27 | 2 $27 | 3 $27 | 4 $27 | 5 $27 | 6 $27 |

‹               Wednesday, August 6, 2025               ›

**Shadows of Shockoe Ghost Tour**

Visit the Haunts of Richmond's Oldest Neighborhood! • 90 Minute Outdoor Walking Tour • Ages 5+

$27

From
**$27**

| 7:00 PM | › |
|---|---|

☰ Details ›

  

All prices are in US dollars

Direct online booking powered by FareHarbor.com



**Book Directly with Us for the Lowest Guaranteed Price**

**Our Ghost Tours & Events**



0 | Checkout ⤢






History

Haunted Capitol Hill Tour

Church Hill Chillers Tour

## Special Events & Partner Experiences







## See What Our Guests Are Saying About Us!

### We Had A Frightfully Good Time Hosting Them!

## Reviews

4.7 ★★★★★ Over 144 Reviews                                                    ✎ Write a Review

G

★★★★★

Great details and nice personal stories about haunted experiences in each of these places. Also very pretty architecture too!

**Tavish Grade**
5 days ago

G

★★★★★

Valerie was amazing! I appreciated her energy even though it was super hot.

**Ariana Long**
1 week ago

G

★★★★★

Valerie and her top-tier storytelling was absolutely amazing! We learned so much about Richmond

**Paige Morrison**
1 week ago

★★★★★

G

★★★★★

Great Ghost Tour and an easy way to see a historical neighborhood in Richmond.

★★★★★

G

Tiffany was an amazing guide and we had a hauntingly
good time!!

Tonya Beers-Warman
2 weeks ago

Kelsey Jones
1 week ago

Valerie was an amazing tour guide! She is so friendly
and tells an excellent story! I would definitely
recommend the shadows of shockoe tour

Aurora and Christian
1 week ago

Load More

Case 6:25-cv-00048-NKM-CKM     Document 10-2     Filed 08/08/25     Page 20 of 33
Pageid#: 355



Case 6:25-cv-00048-NKM-CKM    Document 10-2    Filed 08/08/25    Page 21 of 33
Pageid#: 356

# WELCOME TO THE ORIGINAL GHOST TOURS, THE OLDEST AND MOST RENOWNED GHOST TOUR COMPANY IN THE UNITED STATES AND VIRGINIA.

Embark on a chilling journey with us as we offer a variety of spine-tingling experiences, including ghost tours, pub crawls, and ghost hunting expeditions that will leave you breathless. Explore the haunted history of these historic locations as our expert guides lead you through the mysterious and paranormal world that lingers beyond the veil.

## YEAR-ROUND TOURS



< https://theghosttour.com/the-yorktown-hallowed-ground-candlelight-walking-tour/>

< https://theghosttour.com/the-yorktown-hallowed-ground-candlelight-walking-tour/>



< https://theghosttour.com/the-extreme-ghosts-of-williamsburg-candlelight-walking-tour/>



< https://theghos

< https://theghosttour.com/boos-and-booz-haunted-pub-crawl/>

Case 6:25-cv-00048-NKM-CKM    Document 10-2    Filed 08/08/25    Page 25 of 33
Pageid#: 360



< https://theghosttour.com/the-lingering-spirits-of-the-williamsburg-winery-tour/>

**SEASONAL TOURS**



< https://theghosttour.com/the-williamsburg-christmas-spirits-candlelight-walking-tour/>



< https://theghosttour.com/the-williamsburg-winery-spirits-of-christmas-a-journey-through-the-ages/>

< https://theghosttour.com/my-spirited-valentine-candlelight-walking-ghost-tour/>

Case 6:25-cv-00048-NKM-CKM    Document 10-2    Filed 08/08/25    Page 28 of 33
Pageid#: 363



# DON'T BE FOOLED BY IMITATORS!
# WE ARE THE GHOST TOUR! ALL TICKETS AVAILABLE ONLINE ONLY.

< https://book.peek.com/s/4cbb7ecb-d43e-40cc-80dd-5fa94d0ac080/px7zZ>BUY TICKETS

**MILITARY DISCOUNT AVAILABLE**





< https://www.facebook.com/theghosttour/>

< https://twitter.com/theghosttour>

< https://www.instagram.com/theoriginalghosttour/>

Case 6:25-cv-00048-NKM-CKM    Document 10-2    Filed 08/08/25    Page 29 of 33
Pageid#: 364



< https://theghosttour.com/>

Website development: Website Technology Partners, inc. < https://wdtp.com/?
utm_source=client_website&utm_medium=footer_link&utm_campaign=developer_credit>

Case 6:25-cv-00048-NKM-CKM    Document 10-2    Filed 08/08/25    Page 30 of 33
Pageid#: 365




Free shipping for all orders from $60+

# WELCOME TO
# THE GHOST TOUR

EMBRACE THE GHOSTLY VIBE: HAUNTING
MUGS, APPAREL, ACCESSORIES & MORE!

**SHOP NOW**

VISIT OUR STORE FOR MORE INFORMATION:

Case 6:25-cv-00048-NKM-CKM    Document 10-2    Filed 08/08/25    Page 31 of 33
Pageid#: 366









The Ghost Tour

United States (USD $) ⌄    USD ⌄    English ⌄

