IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| US GHOST ADVENTURES, LLC, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 6:25cv00048 |
| | ) |
| TOURS & CRAWLS, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## CONSENT MOTION TO WITHDRAW AS COUNSEL

COME NOW the defendants, Tours & Crawls, LLC and Mike Carter (collectively, the "Defendants"), by counsel, pursuant to Local Rule 6(i), and, for the reasons stated in the Memorandum of Law in Support of Consent Motion to Withdraw as Counsel filed contemporaneously herewith, respectfully request that the Court allow Raymond J. Sinnott, IV, Esq. to withdraw as counsel of record for Defendants. A proposed Consent Order is attached hereto as Exhibit 1.

TOURS & CRAWLS, LLC and
MIKE CARTER

  /s/
G. Christopher Jones, Jr., Esq. (VSB #82260)
Raymond J. Sinnott, IV, Esq. (VSB #77322)
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3864 (Jones)
(804) 893-3871 (Sinnott)
(804) 378-2610 (Facsimile)
cjones@snllaw.com
jsinnott@snllaw.com
*Counsel for Tours & Crawls, LLC and Mike Carter*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 8th day of January, 2026, a true and accurate copy of the foregoing Consent Motion was filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/
G. Christopher Jones, Jr., Esq.