CLERKS OFFICE U.S. DIST. COURT
LYNCHBURG, VA
FILED
February 10, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ B. McAbee
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| US GHOST ADVENTURES, LLC, ET AL., | CASE NO. 6:25-CV-00048 |
| *Plaintiffs,* | |
| v. | ORDER |
| TOURS & CRAWLS, LLC, ET AL., | JUDGE NORMAN K. MOON |
| *Defendants.* | |

Defendants Tours & Crawls, LLC and Mike Carter ("Defendants") ask the Court to transfer this case to the United States District Court for the District of Maryland. Dkt. 21. Plaintiffs consent to the transfer. *Id.*

Accordingly, the Court **GRANTS** Defendants' unopposed motion. This action is **TRANSFERRED** to the United States District Court for the District of Maryland—Baltimore Division pursuant to 28 U.S. Code § 1404.

It is **SO ORDERED.**

The Clerk of Court is directed to send a copy of this order to all counsel of record, to initiate the transfer to the District of Maryland, and to strike this case from this Court's active docket.

Entered this 10th of February, 2026.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE